UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC. and
SN WAREHOUSING, INC.,

                      Plaintiffs,                **ORDER**

    v.
                                                 **00-CV-753A(F)**

EAST COAST INGREDIENTS, LLC, et al.,

                      Defendants.

 

By papers filed April 20, 2005, Plaintiffs moved for leave to file for summary judgment assessing damages against Defendants Obukuro and Mosur (Doc. No. 478). Defendants' responses shall be filed not later than **May 27, 2005**. Plaintiffs' reply, if any, shall be filed not later than **June 8, 2005**. Oral argument shall be at the discretion of the court.

SO ORDERED.

                                                      /s/ *Leslie G. Foschio*

                                              _____
                                                 LESLIE G. FOSCHIO
                                       UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2005
        Buffalo, New York