UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MUSCLETECH RESEARCH AND
DEVELOPMENT, INC., and
SN WAREHOUSING, INC.,

                        Plaintiffs,

                                           ORDER
         v.                                    00-CV-753A

EAST COAST INGREDIENTS, LLC, et al.,

                        Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 31, 2007, Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiffs' motion for summary judgment be granted and plaintiffs' request for attorneys' fees be referred to him for further proceedings.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiffs' motion for summary judgment is granted and plaintiffs' request for attorneys' fees is referred to Magistrate Judge Foschio for further proceedings.

SO ORDERED.

                                                                                       s/ *Richard J. Arcara*  
                                                                                       HONORABLE RICHARD J. ARCARA  
                                                                                       CHIEF JUDGE  
                                                                                       UNITED STATES DISTRICT COURT

DATED:      February 26, 2007